IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT GARCIA,

      Plaintiff,                          CV F 03 5736 AWI WMW   P

  vs.                                   ORDER RE MOTION (DOC 21)

L. GEORGE, et al.,

      Defendants.

Plaintiff has filed a motion requesting that the court direct service of process of the second amended complaint. The court has entered an order dismissing the second amended complaint. In response to that order, plaintiff filed a third amended complaint on March 1, 2006. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order directing service of process is denied as moot.

IT IS SO ORDERED.

**Dated:   March 8, 2006**          /s/  **William M. Wunderlich**
mmkd34                         UNITED STATES MAGISTRATE JUDGE

1