IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT GARCIA,

          Plaintiff,          1: 03 CV 5736  AWI WMW PC

    vs.                 ORDER RE MOTION (DOC 31)

L. GEORGE, et al.,

          Defendants.

      On February 5, 2008, an order was entered, directing service of process upon Defendant Friedman.  On March 3, 2008, the U.S. Marshal returned an unexecuted summons as to Dr. Friedman.  On March 31, 2008, Plaintiff filed a motion for re-service upon Dr. Friedman. Plaintiff indicates that he has further information as to Dr. Friedman.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The Clerk's Office shall send to Plaintiff a USM 285 form.

      2.  Plaintiff shall complete and return the form to the court, along with any relevant information regarding Dr. Friedman.  Plaintiff shall return the form to the court within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   February 4, 2009**            **/s/  William M. Wunderlich**
                               UNITED STATES MAGISTRATE JUDGE