IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GARCIA, | 1:03 CV 5736 AWI WMW PC' |
| Plaintiff, | |
| vs. | ORDER RE FINDINGS & RECOMMENDATIONS |
| | ORDER DISMISSING ACTION |
| L. GEORGE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 10, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local

Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 10, 2009, are adopted in full; and

2. This action is dismissed without prejudice for failure to obey a court order and to prosecute. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 16, 2009**                    **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE